John BUCKLEY, Plaintiff–Appellant,

and

Valencia Abrams, Joanne Chiavaro, Lewis Colosimo, Thomas Crow, James Hannon, Caroline Jones, J. Anthony Sheller, and Ronald J. Townsend, Plaintiffs,

v.

UNITED STATES, Defendant–Appellee.

No. 2004–5060.

United States Court of Appeals, Federal Circuit.

March 20, 2006.

SMART PARTS, INC., Plaintiff–Appellant,

v.

WDP, LTD., Defendant–Cross Appellant.

Nos. 05–1345, 05–1419.

United States Court of Appeals, Federal Circuit.

March 20, 2006.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

*ORDER*

Upon consideration of John Buckley's unopposed motion to voluntarily dismiss his appeal from *Buckley v. United States,* No. 92–CV–469 (Fed.Cl.),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.